1  ROPERS, MAJESKI, KOHN & BENTLEY
   PAMELA E. COGAN (SBN 105089)
2  ALEXIS F. KENT (SBN 267800)
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:      (650) 364-8200
4  Facsimile:      (650) 780-1701
   Email:  pcogan@rmkb.com, akent@rmkb.com
5
   Attorneys for Defendant,
6  SAFECO INSURANCE COMPANY OF
   AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | ELNORA BETH LIVEZEY, individually | CASE NO.  CV 12-1108 JAM (CMK)
   | and as Trustee of the Elnora Beth Livezey |
12 | Revocable Trust, | **STIPULATION EXTENDING**
   |                                           | **DEFENDANT'S TIME TO RESPOND TO**
13 |                  Plaintiff,               | **PLAINTIFF'S REQUESTS FOR**
   |                                           | **PRODUCTION OF DOCUMENTS**
14 | v.
15 | SAFECO INSURANCE COMPANY OF
   | AMERICA, and DOES 1 through 20,
16 | inclusive,
17 |                  Defendant.

18

19     It is hereby stipulated by and between Plaintiff Elnora Beth Livezey, individually, and as

20 Trustee of the Elnora Beth Livezey Revocable Trust, and Defendant Safeco Insurance Company

21 of America, through their respective attorneys of record, that Defendant shall have up to and

22 including January 15, 2013 to respond to Plaintiff's Requests for Production of Documents,

23 initially served on November 7, 2012.  This is Defendant's second request for a time extension.

24     **IT IS SO STIPULATED.**

25
26
27
28

Dated: December 20, 2012                    ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ *Pamela E. Cogan*
       PAMELA E. COGAN
       ALEXIS F. KENT
       Attorneys for Defendant
       SAFECO INSURANCE COMPANY OF
       AMERICA


Dated: December 20, 2012                    BARR & MUDFORD


By:/s/ *John Douglas Barr*
       JOHN DOUGLAS BARR
       Attorneys for Plaintiff
       ELNORA BETH LIVEZEY, individually,
       and as Trustee of the Elnora Beth Livezey
       Revocable Trust

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, Defendant may have up to and including January 15, 2013 to respond to Plaintiff's Requests for Production of Documents.


Dated:  December 21, 2012


                                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge