**JOHN D. BARR** ............................ State Bar No. 40663
**DOUGLAS MUDFORD**................. State Bar No. 156392
**DAVID CASE** ................................ State Bar No. 56701
**ESTEE LEWIS**……………………State Bar No. 268358
**DOUGLAS H. NEWLAN** .............. State Bar No. 032250
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELNORA BETH LIVEZEY, individually, And as Trustee of the Elnora Beth Livezey Revocable Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, Inclusive,<br><br>Defendants. | No.  2:12-CV-01108-JAM (CMK)<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** |

It is hereby stipulated by and between Plaintiff Elnora Beth Livezey, individually, and as Trustee of the Elnora Beth Livezey Revocable Trust, and Defendant Safeco Insurance Company of America, through their respective attorneys of record, that Plaintiff's counsel shall have up to and including January 31, 2013, to respond to Defendant's Request for Production of Documents, initially served on November 30, 2012.  This is Plaintiff's second request for an extension of time.

**IT IS SO STIPULATED.**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390

Page 1
Stipulation Extending Defendant's Time to Respond to Defendant's Discovery

DATED: January 16, 2013          ROPERS, MAJESKI, KOHN & BENTLEY


        /s/  Pamela E. Cogan
PAMELA E. COGAN
ALEXIS F. KENT
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF
AMERICA


DATED: January 16, 2013          BARR & MUDFORD, LLP


        /s/  John D. Barr
JOHN D. BARR
Attorneys for Plaintiff, individually and as
Trustee of the Elnora Beth Livezey Revocable Trust


## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, Plaintiff may have up to and including January 31, 2013, to respond to Defendant's Request For Production of Documents, Set One and Interrogatories, Set One.

DATED: January 17, 2013          /s/ John A. Mendez
THE HON. JOHN A. MENDEZ
United States District Court Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390

Page 2
Stipulation Extending Defendant's Time to Respond to Defendant's Discovery